**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RICHARD TODD COATES,

      Plaintiff,

v.                                        Case No:   6:23-cv-1371-WWB-LHP

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant

---

**ORDER**[1]

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 18)**
>
> **FILED:**  September 18, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

---

[1] The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge, which consent the presiding District Judge has approved.  *See* Doc. Nos. 16–17.

The Commissioner of Social Security moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), so that the following may occur:

> On remand, the Agency will offer Plaintiff an opportunity for a new hearing; in accordance with SSR 00-4p, obtain vocational expert testimony regarding whether work exists that Plaintiff can perform, resolve any apparent conflicts between occupations identified by the vocational expert and the Dictionary of Occupational Titles, articulate the resolution of any apparent conflicts in the decision; update the administrative record as necessary; and issue a new decision.

Doc. No. 18.   Plaintiff does not oppose the motion.   *Id.* at 2.

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

1. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 18) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on September 20, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties